UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Delta National Bancorp, a California Corporation; Watheq Nabeel Abdelhaq; and Does 1-10,<br><br>          Defendant.<br><br>AND RELATED CROSS-COMPLAINT | No. 2:14-cv-01083-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

Review of the docket reveals this action is not ready to be scheduled. Defendant Delta National Bancorp has filed two Answers by different counsel. (ECF Nos. 6, 9.) Further, this Defendant filed a Cross-Complaint for Indemnity in connection with one of its Answers, (ECF No. 5), and the Joint Status Report does not address service of this Cross-Complaint on Cross-Defendants Ashrif Qaddoura and Raja Qaddoura.

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on August 4, 2014, is continued to October 27, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address representation of

1 | Defendant Delta National Bancorp and whether the referenced
2 | Cross-Complaint will be served and prosecuted.
3 |       Further, Defendant/Cross-Complainant Delta National
4 | Bancorp is notified under Rule 4(m) of the Federal Rules of Civil
5 | Procedure that failure to serve Cross-Defendants Ashrif Qaddoura
6 | and Raja Qaddoura with process within the 120 day period
7 | prescribed in that Rule may result in the unserved Cross-
8 | Defendant(s) being dismissed. To avoid dismissal, on or before
9 | September 19, 2014, Defendant/Cross-Complainant Delta National
10 | Bancorp shall file proof of service for Cross-Defendants Ashrif
11 | Qaddoura and Raja Qaddoura or a sufficient explanation why
12 | service was not completed within Rule 4(m)'s prescribed service
13 | period.
14 |       IT IS SO ORDERED.
15 | Dated:  July 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2