UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Delta National Bancorp, a California Corporation; Watheq Nabeel Abdelhaq; and Does 1-10,<br><br>　　　　Defendants. | No. 2:14-cv-01083-GEB-EFB<br><br>**DISMISSAL ORDER** |
| Delta National Bancorp,<br><br>　　　　Cross-Complainant,<br><br>　v.<br><br>Ashrif Qaddoura, Watheq Abdelhaq, Raja Qaddoura, and and Roes 1-10, inclusive,<br><br>　　　　Cross-Defendants. | |

　　　　Defendant/Cross-Complainant Delta National Bancorp was required to respond to an Order filed July 23, 2014, by either filing proof that Cross-Defendants Ashrif Qaddoura and Raja Qaddoura were served with process or a document showing good cause for its failure to serve these Cross-Defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 11.) This filing was due no later than September

1

19, 2014. <u>Id.</u> The July 23, 2014 Order warned Delta National Bancorp that failure to make the required showing by the deadline could result in Cross-Defendants Ashrif Qaddoura and Raja Qaddoura being dismissed from this action.

Delta National Bancorp failed to respond to the July 23, 2014 Order by this deadline. Therefore, Cross-Defendants Ashrif Qaddoura and Raja Qaddoura are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge