UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>   v.<br><br>Delta National Bancorp, a California Corporation; Watheq Nabeel Abdelhaq; and Does 1-10,<br><br>            Defendants.<br><br>AND RELATED CROSS-COMPLAINT | No. 2:14-cv-01083-GEB-EFB<br><br>**DISMISSAL ORDER** |

Plaintiff filed a Notice of Settlement on October 23, 2014, in which he stated:

> a global settlement has been reached in the above-captioned case. The settlement agreement has been drafted and is circulating for execution. . . .
>
>    The Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Stipulation for Dismissal with prejudice as to all parties will be filed within 45 days.

(Notice of Settlement, ECF No. 17.)

Therefore, an "Order Re Settlement and Disposition" was filed on October 31, 2014, which directed the parties to file a dispositional document no later than December 8, 2014. (Order,

1 | ECF No. 20.) The October 31, 2014 Order notified the parties that
2 | the failure to timely file a dispositional document could lead to
3 | dismissal of the action. Id.
4 |     Since no dispositional document has been filed, and the
5 | parties have not provided any reason for the continued pendency
6 | of this action, this action is dismissed without prejudice.
7 |     IT IS SO ORDERED.
8 | Dated: December 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2